AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NICHOLAS ALFORD,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV620-46

WARDEN BRIAN ADAMS,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on 8/20/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court.  Therefore, the petition filed pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice,  petitioner is DENIED a COA and is not entitled to appeal in form a pauperis. This case stands CLOSED.



| 8/20/2020 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |

*Candy Asbell*

(By) Deputy Clerk

GAS Rev 10/1/03